**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

BEVERLY WALLS                                                                                    PLAINTIFF

v.                                              2:04CV00202 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## ORDER

Defendant has filed a Motion to Remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record, including the re-evaluation of Plaintiff's anxiety and depression and obtaining vocational expert testimony, and to issue a new decision. Plaintiff replied that she has no objection to the requested remand. Under the circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS HEREBY ORDERED that Defendant's Motion to Remand (docket entry #12) is hereby GRANTED. All other pending motions are hereby rendered moot. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 17th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE