# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BEVERLY WALLS                                                              PLAINTIFF

v.                                        2:04CV00202 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                           DEFENDANT

## **JUDGMENT**

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 17th day of January, 2006.

                                                           /s/ J. Thomas Ray
                                                    UNITED STATES MAGISTRATE JUDGE